# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT EARL FORD, and <br> TODD HOWARD TOMLIN <br><br> Defendants. | Case No: 2:15-mj-1112-GWF <br><br> ORDER CONTINUING <br> PRELIMINARY HEARING |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for February 16, 2016, at the hour of 4:00 p.m., be vacated and continued to Tuesday, March 22, 2016, at the hour of 4:00 p.m.

DATED this 16th day of February, 2016

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

3