**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                            Plaintiff,    )<br>                                                              )<br> vs.                                                       )<br>                                                              )<br> ROBERT EARL FORD,                        )<br>                                                              )<br>                            Defendant. )<br>_____) | Case No. 2:15-mj-01112-GWF<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Dismiss Complaint (ECF No. 44), filed on August 30, 2016. Defendant filed a Non-Opposition (ECF No. 45) on August 30, 2016 and a Supplement (ECF No. 46) on August 31, 2016. The Government filed a Reply (ECF No. 49) on September 1, 2016. Defendant filed a Sur-Reply (ECF No. 50) on September 2, 2016.

While Defendant does not oppose the dismissal of the complaint and amended complaint against him, he requests that the Court dismiss the complaint and amended complaint with prejudice in order to achieve a sense of "finality" with respect to the charges brought against him. *See Supplement* (ECF No. 46). The Government opposes Defendant's request and seeks to have the complaint and amended complaint dismissed without prejudice. *See Reply* (ECF No. 49). The Government asserts that it has not acted in bad faith in dismissing the complaint and amended complaint pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and argues that dismissal without prejudice is proper in order to allow the Government, if it elects to do so, to recharge Defendant based on the same or similar charges. *Id.* The Court agrees. Accordingly,

. . .

1 **IT IS HEREBY ORDERED** that Government's Motion to Dismiss Complaint (ECF No. 44) is **granted**. The Complaint (ECF No. 1) and Amended Complaint (ECF No. 34) against Defendant Robert Earl Ford are dismissed without prejudice.

DATED this 7th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge